# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 10- 230 (WHW) |
| | : | |
| v. | : | BAIL MODIFICATION ORDER |
| | : | |
| CRISTOPHER CHADDERTON | : | |
| | : | |

This matter having come before the Court on the application of defendant Cristopher Chadderton, by Peter M. Carter, Assistant Federal Public Defender, for an order modifying conditions of bail and Assistant United States Attorney Randall Cook, appearing, having consented to these conditions,

IT IS on this 7th day of April, 2010,

ORDERED that Mr. Chadderton's bail be modified as follows

1)  to permit travel outside the District of New Jersey as approved by Pre-trial Services

SO ORDERED.

_____

HONORABLE WILLIAM H. WALLS
UNITED STATES DISTRICT JUDGE